IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES BRET ALLEN,
    Plaintiff,

vs.                        Case No.: 3:12cv334/RV/EMT

SGT. STEVENS, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 10, 2012 (doc. 12).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections, including the plaintiff's "Motion for Rehearing."  (Doc. 13).

    Having considered the Report and Recommendation, and all timely filed objections thereto, I have determined that the Report and Recommendation should be adopted, subject to also allowing the plaintiff an opportunity to file an amended complaint.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This cause is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), without prejudice, and with leave to file an amended complaint within 21 days from the date of this order, in lieu of which the dismissal shall be with prejudice.

    **DONE AND ORDERED** this 1st day of October, 2012.

                                      /s/ *Roger Vinson*
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**